Douglas R. Hart, Bar No. 115673
douglas.hart@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA 90071-3132
Tel: +1.213.612.2500
Fax: +1.213.612.2501

Marina C. Gruber, Bar No. 271542
marina.gruber@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
1400 Page Mill Road
Palo Alto, CA 94304
Tel: +1.650.843.4000
Fax: +1.650.843.4001

Attorneys for Defendant
CHEVRON U.S.A. INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOAN BRADFORD, LIZA MOSQUERIOLA, JASON ROHRBACH, and BRIAN WHITE, on behalf of themselves and other persons similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CHEVRON U.S.A., INC., and Does 1 through and including 25,<br><br>Defendant. | Case No. 3:19-cv-04051-JSC<br><br>**DEFENDANT CHEVRON U.S.A. INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>**[CIVIL L.R. 3-15]** |

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. The parent corporation of Chevron U.S.A. Inc. is Chevron U.S.A. Holdings Inc.;
2. The parent corporation of Chevron U.S.A. Holdings Inc. is Texaco Inc.;
3. The parent corporation of Texaco Inc. is Chevron Investments Inc.;
4. The parent corporation of Chevron Investments Inc. is Chevron Corporation, a publicly traded corporation.

Defendant will advise this Court in the event it learns of any additional interested entities or persons that must be identified pursuant to Local Rule 3-15.

Dated: August 7, 2019                                MORGAN, LEWIS & BOCKIUS LLP

                                                     By  /s/ Marina C. Gruber
                                                         Douglas R. Hart
                                                         Marina C. Gruber
                                                         Attorneys for Defendant
                                                         CHEVRON U.S.A. INC.